FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 30 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 4:12CR00217 BSM |
| | ) | |
| STEVEN ALAN STANDRIDGE | ) | |

**Consent to Transfer of Case for Plea and Sentence**
**(Under Rule 20)**

I, Steven Alan Standridge, defendant, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged in Count Two of the Indictment, to consent to the disposition of the case in the Western District of Arkansas in which I am currently indicted, and to waive trial in the above captioned District.

Dated: June 10, 2014 at _____.

_____
STEVEN ALAN STANDRIDGE
(Defendant)

_____
TIMOTHY O. DUDLEY
(Counsel for Defendant)

Approved

_____
CHRISTOPHER THYER
United States Attorney for the Eastern
District of Arkansas

_____
CONNER ELDRIDGE
United States Attorney for the Western
District of Arkansas

U.S. Department of Justice

Rule 20 -- Transfer Notice

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 30 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| To: Clerk of the Court | District Western District of Arkansas | Date 7/1/14 |
|---|---|---|
| Name of Subject: Steven Alan Standridge | Statute Violated 18 USC 1957 | File Data *(Initials and Number)* 4:12CR00217 BSM |

## Part A -- District of Arrest

- [ ] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

- [ ] Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

- [x] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No. 6:13CR60059-001

- [ ] Other *(Specify)*:

- [ ] The above-named defendant entered a plea of guilty under Rule 20.
  Date of Plea     Date of Sentence     Sentence

| From *(Signature and Title)* Conner Eldridge, United States Attorney | Address 414 Parker Avenue Fort Smith, Arkansas 72901 |
|---|---|

## Part B -- District of Offense

- [x] I am agreeable to Rule 20 disposition.

- [ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ___ on ___ at ___ o'clock

  *(Kindly notify me of any anticipated delay)*

- [x] Enclosed are two certified copies of indictment or information     Docket No. 4:12CR00217 BSM

- [ ] Please have defendant execute waiver of indictment.

- [ ] Other *(Specify)*:

| Signature *(Name and Title)* U.S. Attorney | District Eastern District of Arkansas | Date 6/30/2014 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Replaces OBD-101, Fed. 83 edition may be used

FORM USA-231
NOV.85